1  BENJAMIN B. WAGNER
   United States Attorney
2  OLUSERE OLOWOYEYE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2891

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. 2:13-cr-100 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| BARRY RHODES, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Tasha Chalfant on behalf of Defendant Barry Rhodes, that the status conference scheduled for May 30, 2013, be continued to August 15, 2013, at 9:00 a.m.
   The request to continue the status conference is made for counsel to review discovery and discuss the matter with defendant.  In addition, the government is still awaiting additional discovery which will be provided to defense counsel in the next few weeks.
   The government and defendant agree that an exclusion of time

1

is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from May 30, 2013, up to and including August 15, 2013.

Tasha Chalfant has authorized Assistant United States Attorney Olusere Olowoyeye to sign this stipulation on her behalf.

DATED: May 28, 2013        By: /s/ Olusere A. Olowoyeye
                                OLUSERE OLOWOYEYE
                                Assistant U.S. Attorney

DATED: May 28, 2013        By: /s/ Olusere Olowoyeye for
                                TASHA PARIS CHALFANT
                                Attorney for Defendant
                                BARRY RHODES

**ORDER**

1. The status conference set for May 30, 2013, is continued to August 15, 2013, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from May 30, 2013, up to and including August 15, 2013.

IT IS SO ORDERED.

Date: June 03, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2