BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2891

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:13-cr-00100 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| BARRY RHODES, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Tasha Chalfant on behalf of Defendant Barry Rhodes, that the status conference scheduled for August 29, 2013, be continued to September 26, 2013, at 9:00 a.m.

   The request to continue the status conference is made for counsel to review discovery and conduct further investigation. In addition, the parties are seeking to determine the applicable offense levels and criminal history of the defendant.

   The government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from August 29, 2013, up to and including September

1

26, 2013.

Tasha Chalfant has authorized Assistant United States Attorney Olusere Olowoyeye to sign this stipulation on her behalf.

DATED: August 27, 2013         By: /s/ Olusere A. Olowoyeye
                                   OLUSERE OLOWOYEYE
                                   Assistant U.S. Attorney


DATED: August 27, 2013         By: /s/ Olusere Olowoyeye for
                                   TASHA PARIS CHALFANT
                                   Attorney for Defendant
                                   BARRY RHODES

**ORDER**

Pursuant to the parties' stipulation, the status conference set for August 29, 2013, is vacated and **continued to September 26, 2013, at 9:00 a.m.** in Courtroom 7.  The time period from August 29, 2013, up to and including September 26, 2013, is excluded under Local Code T4 for the reasons set forth above. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial.

IT IS SO ORDERED.

Date: August 27, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2