UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0100 MCE CKD P |
| Respondent, | |
| v. | ORDER |
| BARRY RHODES, | |
| Movant. | |

On April 20, 2016, movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  (ECF No. 37.)  The motion challenged movant's conviction and sentence based on an alleged violation of his Sixth Amendment right to effective assistance of counsel.  (Id.)  On January 8, 2016, the government opposed the motion.  (ECF No. 56.)  On June 6, 2016, the Office of the Federal Defender appeared on behalf of movant and indicated his intent to move to amend the petition to include a claim pursuant to Johnson v. United States, 135 S. Ct. 2551 (2015).  (ECF No. 58.)

Before the court is movant's June 24, 2016 motion for leave to file a supplemental or amended pleading bringing a Johnson claim, attached.  (ECF No. 60.)  The government has not opposed the motion.  Good cause appearing, the undersigned will GRANT movant's motion (ECF No. 60) and permit him to amend his § 2255 motion to add a Johnson claim.  See United States v. Hicks, 283 F.3d 380, 385-86 (D.C. Cir. March 26, 2002) (classifying addition of § 2255

1

claim based on intervening judicial decision as amendment, not supplementation).

Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer to movant's <u>Johnson</u> claim within sixty days of the effective date of this order.  <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

IT IS SO ORDERED.

Dated:  August 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rhod0100.amend