1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    ANN C. M&lt;sup&gt;c&lt;/sup&gt;CLINTOCK, #141313
     Assistant Federal Defender
3    801 I Street, 3rd. Floor
     Sacramento, California 95814
4    Telephone: (916) 498-5700

5    Attorney for Movant-Defendant
     BARRY RHODES
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )   Case Nos.  2:13-cr-0100 MCE CKD
                                      )
11            Respondent-Plaintiff,   )   ~~PROPOSED~~ ORDER
                                      )
12        v.                          )
                                      )
13   BARRY RHODES,                    )
                                      )
14            Movant-Defendant.       )
                                      )
15

16        Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act,

17   18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender was appointed to

18   represent Mr. Rhodes in connection with any claim stemming from *United States v.*

19   *Johnson*, 135 S. Ct. 2551, 192 L. Ed. 2d 569 (2015).  At the time of the Federal

20   Defender's appearance in this matter*, see* Docket entry no. 60, Movant Rhodes had

21   earlier filed a pro se § 2255 motion raising claims related to his plea and his Sixth

22   Amendment right to counsel. (Docket entry no. 37.)  The government opposed that pro

23   se motion, Docket entry no. 56, but no traverse or reply has been filed.

24        For good cause shown, counsel is appointed for Mr. Rhodes for all purposes in this

25   matter.  The Federal Defender is relieved and panel attorney Erin Radekin is substituted.

26   / / /

27

28

1  Ms. Radekin's contact information is:  1001 G Street, Suite 100, Sacramento, CA 95814-

2  0834; telephone number:  (916) 504-3931, fax number: (916) 447-2988.

3         IT IS SO ORDERED.

4

5  Dated:  September 14, 2017

   _____
6  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

7

8  13:rhod0100.sub.atty

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28