UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>BARRY RHODES,<br><br>    Movant. | No. 2:13-cr-0100 MCE CKD<br><br>ORDER |

Movant is a federal prisoner proceeding on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Currently before the court is movant's request to file two confidential psychological reports under seal (ECF No. 74). Respondent has not opposed the request.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request to file exhibits under seal (ECF No. 74) is granted and the six-page confidential psychological report by Dr. Weiss and the three-page confidential psychological report by Dr. Cavanaugh shall be filed under seal and remain sealed until further order of this court.

////

////

////

1

2. Within seven days of the date of this order, movant shall submit the exhibits to the Clerk of the Court for filing in accordance with the provisions of Local Rule 141(e)(2).

Dated: December 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:rhod0100.seal