UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>          v.<br><br>BARRY RHODES,<br><br>                    Movant. | No. 2:13-cr-0100 MCE CKD<br><br><br>ORDER |

Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF Nos. 37, 60.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 78.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 13, 2020, (ECF No. 78) are

1

1 | ADOPTED in full;

2 |     2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF Nos. 37, 60) is
3 | DENIED.

4 |     2. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. §
5 | 2253.

6 |     IT IS SO ORDERED.

7 | Dated: October 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE