UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 19, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRY RHODES,<br><br>　　　　Defendant. | Case No.  2:13-cr-00100-TLN-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BARRY RHODES ,

Case No.  2:13-cr-00100-TLN-CKD   Charge  18 USC 922(g)(1) , from custody for the following reasons:

　　　_____  Release on Personal Recognizance

　　　_____  Bail Posted in the Sum of $ _____

　　　　　_____  Unsecured Appearance Bond $ _____

　　　　　_____  Appearance Bond with 10% Deposit

　　　　　_____  Appearance Bond with Surety

　　　　　_____  Corporate Surety Bail Bond

　　　　　__x__  (Other):   petition to revoke SR dismissed on government's motion

Issued at Sacramento, California on November 19, 2021 at 2:40 PM.

　　　　　　　　　　　　　　　　By:  */s/ Allison Claire*

　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire